IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RECEIVED

NOV 1 2 2010

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVAN.

Name and address of Plaintiff:

COREY DURRETT pro se P

v.

10-1513

Full name, title, and business address of each defendant in this action:

1. RAMONE RUSTIN WARDEN ACJ
950 2ND AVENUE
PITTSBURGH PA 15219

2. DANA Phillips, Health Care Director
950 2ND AVENUE
Pgh PA 15219

Use additional sheets, if necessary
Number each defendant.

3. DR PATTERSON HEAD DOCTOR
950 2ND AVENUE
Pgh PA 15219    DEFENDER

4. ALLEGHENY Correctional Health Service
950 2ND AVENUE
Pgh PA 15219    DEFENDANT

5. John Doe Et AL A or JANE DOE
950 2ND AVENUE    NURSE
Pgh PA 15219     DEFENDANT

6. Allegheny County JAIL
950 2ND AVENUE
Pgh PA 15219

Plaintiff brings this action against the above named and identified defendants on the following cause of action:

I. Where are you now confined? ALLEGHENY County PRISON

What sentence are you serving? PENDING TRIAL

What court imposed the sentence? ALLEGHENY County CourtHouse HON

II. Previous Lawsuits

A. Describe any and all lawsuits in which you are a plaintiff which deal with the same facts involved in this action. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

Plaintiffs N/A

Defendants N/A

2. Court (if federal court, name the district; if state court, name the county) and docket number

N/A

3. Name of judge to whom case was assigned __N/A__

4. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
   __N/A__

5. Approximate date of filing lawsuit __N/A__

6. Approximate date of disposition __N/A__

B. Prior disciplinary proceedings which deal with the same facts involved in this action:

   Where? __N/A__
   When?
   Result:

III. What federal law do you claim was violated? __8th +14 AMENDMENT__

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

A. Date of event: __October 1st, 2010__

B. Place of event: __Cell 201 POD 5E Allegheny County Jail__

C. Persons involved—name each person and tell what that person did to you: __Jane Doe Nurse - Grabbed my head and picked me up__

V. Did the incident of which you complain occur in an institution or place of custody in this District? If so, where?

ALLEGHENY County JAIL, PoD SE CELL 204

and answer the following questions:

A. Is there a prisoner grievance procedure in this institution?
Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (✓) No ( )

C. If your answer is YES,

1. What steps did you take? WRoTE To the Following persons iN order of COMMAND Dana phillips, Dr patterson, Deputy warden Emerick WarDen Ramone Rustin

2. What was the result? NONE of the parties Answered me.

D. If your answer is NO, explain why not: All of the parties left my complaint unanswered

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
Yes ( ) No ( ) N/A

F. If your answer is YES,

1. What steps did you take? N/A

2. What was the result? N/A

VI. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

① I WANT MEDICAL TREATMENT ② I would like Ladders installed on cells whos top bunk has no Ladder ③ I would like compensated for all medical expenses, also compensated for my person pain and suffering

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

11-1-10
(Date)

(Signature of Plaintiff)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CORY DURRETT
pro se

VS

① RAMONE RUSTIN, WARDEN A.C.J.
② DANA PHILLIPS, Health Care Director
③ DR. PATTERSON, HEAD Doctor
④ ALLEGHENY Correctional Health Services
⑤ John or Jane Doe, ET. AL. NURSES
⑥ ALLEGHENY County Jail

## IV STATEMENT OF CLAIM

① Plaintiff climbed out and down, for his top bunk, which requires jumping due to no ladder for the top bunk in cell SE 201, and he slipped in water that had leaked down from the unit above him.

② Plaintiff fell and landed on his shoulders Blade and the lower part of his head and neck area where the spinal cord meets the neck and head.

③ Plaintiff was jerked up from his lying posture by a Female Nurse Jane Doe.

4) Plaintiff Requested treatment at least 10 times.

5) All of the Defendants to this action ignored plaintiffs request for treatment.

6) Plaintiff Believes that if ladders wer installe like other pods have, he would not have fallen

7) Plaintiff Believes that by not erecting or addressing plaintiffs neck pain, the Defendants caused Plaintiff to suffer from Cruel and unusual punishment.

8) Plaintiff Believes he is Duly entitled to protection of the Due process clause.

WHEREFORE, Plaintiff requests that this Honorable Court grant him what is Right and necessary for his suffering and treatment.

Respectfully

Corey Durrett
#DOC 58970  pro se
950 2nd Avenue
Pittsburgh PA 15219